# MINUTE ORDER

Page 6

## Magistrate Judge Andrea M. Simonton

**King Building Courtroom 10-6**  Date: 5/22/2017  Time: 2:00 p.m.

Defendant: Brandon Russell  J#: 14777-104  Case #: 17-2730-SIMONTON

AUSA: Karen Rochlin  Attorney: William Wallshein (Temp)

Violation: COMPL/MD/FL/Possession of Unregistered Destructive Device  Surr/Arrest Date: 5/21/2017  YOB: 1995

Proceeding: Initial Appearance  CJA Appt:

Bond/PTD Held: ◯ Yes ◯ No  Recommended Bond:

Bond Set at:  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant advised of rights and charges

Counsel files temporary appearance

Govt rec PTD based on risk/flight & danger/community

**Defendant Waives Removal; Ordered removed to M/D of Florida**

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:39:01  Time in Court: 7 minutes

s/Andrea M. Simonton  Magistrate Judge